## **INDEX OF EXHIBITS**

Exhibit A -    Contract

Exhibit B -    Affidavit of NMAC

Exhibit C -    Notice of Our Plan To Sell

Exhibit D -    Calculation of Surplus or Deficiency

Exhibit E -    Plaintiffs' Responses to NMAC's Request for Admissions

Exhibit F -    Plaintiffs' Responses to NMAC's Request for Production of Documents