# EXHIBIT C

**NISSAN MOTOR
ACCEPTANCE CORPORATION**
P.O. Box 660360
Dallas, TX 75266-0360

SENT VIA USPS FIRST CLASS MAIL

R 90102459446850001 Z 2020R-A 021517 CO
HARVEY AYERS
16021 EDMORE DR
DETROIT MI 48205

**PA NMAC 43**

NMAC R2020-A 2/06/2017 NV02 R-1

| NISSAN MOTOR ACCEPTANCE CORPORATION | DATE OF NOTICE | DATE OF REPOSSESSION |
|---|---|---|
| P. O. Box 660366 | 02/15/2017 | 02/13/2017 |
| Dallas Texas 75266-0366 | | |
| 800.777.6700 | | |

| | |
|---|---|
| Acct. Number: | 90102459446850001 |
| Date of Contract: | 12/11/2014 |
| Year/Make/Model: | 2015/NISSAN/ALTIMA |
| VIN: | 1N4AL3AP4FC147251 |

SENT VIA USPS FIRST CLASS MAIL

**NOTICE:** THIS NOTICE IS BEING SENT TO SATISFY STATE LAW . BANKRUPTCY CUSTOMERS - PLEASE REFER TO THE BANKRUPTCY STATEMENT AT THE END OF THIS NOTICE.

## NOTICE OF OUR PLAN TO SELL
## REPOSSESSED OR SURRENDERED MOTOR VEHICLE

| Debtor: | Co-Obligor: |
|---|---|
| HARVEY AYERS | APRIL H AYERS |
| 16021 EDMORE DR | 16021 EDMORE DR |
| DETROIT MI  48205 | DETROIT MI  48205 |

Subject: Retail Installment Contract (Agreement)

We have your 2015/NISSAN/ALTIMA (the "Motor Vehicle") because you broke promises in our Agreement. You or any other person liable on the Agreement may redeem (get back) the Motor Vehicle by paying us the Total Amount shown below before the Motor Vehicle is sold or before we enter into a contract for its sale.

| | | | |
|---|---|---|---|
| Unpaid contract balance | $27,327.35 | Less: Estimated credit for canceled insurance | 0.00 |
| Delinquency and collection charges | 549.11 | Less: Unearned finance charge | 0.00 |
| Estimated expenses of retaking the vehicle | 885.00 | | |
| Expenses of repairing the vehicle | 0.00 | **TOTAL AMOUNT REQUIRED TO** | |
| Expenses of storing the vehicle at $____ per day | 0.00 | **REDEEM THE MOTOR VEHICLE AS** | |
| Other (Specify) | 0.00 | **OF THE DATE OF THIS NOTICE** | **$28,761.46** |
| | | (Plus expenses incurred and less rebates received | |
| SUB TOTAL | $28,761.46 | after the date of this notice) | |

If you wish to get back your Motor Vehicle, contact NISSAN MOTOR ACCEPTANCE CORPORATION at the address and telephone number shown above to learn where the Motor Vehicle is stored. If you do not want to get your Motor Vehicle back, call the insurance company or dealer to make sure that any insurance has been canceled. If you financed an insurance premium, you may be entitled to a refund of any unearned portion of the premium. If you do not redeem your Motor Vehicle, we will sell it as described below.

We will sell the Motor Vehicle at a private sale sometime after February 25, 2017. The money we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference, unless state law prohibits our ability to collect a deficiency from you. If we get more money than you owe, you will get the extra money, unless we must pay it to someone else.

You can get the Motor Vehicle back at any time before we sell it by paying us the full amount you owe (not just the past due payments), including our expenses.

If you want us to explain to you in writing how we figured the amount that you owe us, you may call or write NISSAN MOTOR ACCEPTANCE CORPORATION at the telephone number and address shown above and request a written explanation. If you need more information about the sale, call or write NISSAN MOTOR ACCEPTANCE CORPORATION at the telephone number and address shown above.

We are sending this notice to the following other people who have an interest in the Motor Vehicle or who owe money under your Agreement: each Debtor and Co-Obligor named above.

UNLESS PROHIBITED BY LAW, YOU MAY BE SUBJECT TO SUIT AND LIABILITY IF THE AMOUNT OBTAINED UPON DISPOSITION OF THE VEHICLE IS INSUFFICIENT TO PAY THE BALANCE AND ANY OTHER AMOUNTS DUE UNDER YOUR AGREEMENT.

**IMPORTANT NOTICE FOR BANKRUPT CUSTOMERS:** IF YOUR OBLIGATION TO PAY ANY DEBT LISTED IN THIS NOTICE HAS BEEN DISCHARGED IN BANKRUPTCY, OR IS PRESENTLY THE SUBJECT OF A BANKRUPTCY COURT PROCEEDING, BANKRUPTCY COURT-APPROVED PLAN OR BANKRUPTCY COURT ORDER, WE ARE <u>NOT</u>, THROUGH THIS DOCUMENT, ATTEMPTING TO COLLECT ANY AMOUNTS FROM YOU AS A PERSONAL LIABILITY, AND WILL ONLY PURSUE ANY RIGHTS WE MAY HAVE IN THE BANKRUPTCY COURTS TO THE EXTENT ALLOWED BY LAW.

**We are attempting to collect a debt and any information obtained will be used for that purpose.**

**NISSAN MOTOR ACCEPTANCE CORPORATION**

PA NMAC 44

NMAC R2020-A 2/06/2017 NV02 R-1