# EXHIBIT D

**NISSAN MOTOR
ACCEPTANCE CORPORATION**
P.O. Box 660360
Dallas, TX 75266-0360

SENT VIA USPS FIRST CLASS MAIL

R 90102459446850001 Z SOS/CSOD-RL 122617 CO
HARVEY AYERS
16021 EDMORE DR
DETROIT MI 48205

**PA NMAC 38**

NMAC SOS/CSOD-RL 02/06/2017 R1 NV68

| | |
|---|---|
| **NISSAN MOTOR ACCEPTANCE CORPORATION**<br>P.O. Box 660366<br>Dallas, Texas 75266-0366<br>800.777.6700 | **DATE OF NOTICE:** **DATE OF REPOSSESSION:**<br>12/26/2017 02/13/2017<br><br>Account Number: 90102459446850001<br>Date of Contract: 12/11/2014<br>Year/Make/Model: 2015/NISSAN/ALTIMA<br>VIN: 1N4AL3AP4FC147251 |
| SENT VIA USPS FIRST CLASS MAIL **NOTICE:** | THIS NOTICE IS BEING SENT TO SATISFY STATE LAW. BANKRUPTCY CUSTOMERS – PLEASE REFER TO THE BANKRUPTCY STATEMENT AT THE END OF THIS NOTICE. |

## CALCULATION OF SURPLUS OR DEFICIENCY

Debtor:  
HARVEY AYERS  
16021 EDMORE DR  
DETROIT, MI 48205

Co-Obligor:  
APRIL H AYERS  
16021 EDMORE DR  
DETROIT, MI 48205

Subject: Retail Installment Contract (Agreement)

This is to inform you that the sale of the Motor Vehicle described above occurred on 12/21/2017. Under the provisions of applicable law, the proceeds of that sale have been applied as follows:

| | | | | | |
|---|---|---|---|---|---|
| 1. | Aggregate unpaid balance of obligations secured by the Motor Vehicle | | $27,327.35 | | |
| 2. | Rebate of unearned finance charges as of 12/26/2017 | – | 0.00 | | |
| 3. | Delinquency charges | + | $74.11 | | |
| 4. | Returned check (NSF) fees | + | 0.00 | | |
| 5. | Net balance due (1 minus 2 plus 3 plus 4) | | | = | $27,401.46 |
| 6. | Gross proceeds from the sale of the Motor Vehicle | | | – | 9,500.00 |
| 7. | Amount due after deducting proceeds of sale (5 minus 6) | | | = | $17,901.46 |
| 8. | Costs of retaking and recovering vehicle and enforcement, including repossession vendors and legal expenses, if applicable | | $1,597.50 | | |
| 9. | Costs of processing, preparing, and selling the vehicle, including auction expenses, if applicable | + | 580.00 | | |
| 10. | Costs (Other): | + | 0.00 | | |
| 11. | Total Costs (8 through 10) | = | $2,177.50 | + | $2,177.50 |
| 12. | Credit: Rebate of unearned insurance premiums | | $0.00 | | |
| 13. | Credit: Rebate of unearned service/maintenance charges | + | 0.00 | | |
| 14. | Credit: Physical damage insurance settlement | + | 0.00 | | |
| 15. | Credit (Other): | + | 0.00 | | |
| 16. | Total Credits (12 through 15) | = | $0.00 | – | $0.00 |
| 17. | Balance due/surplus after sale (7 plus 11 minus 16) | | | = | $20,078.96 |

[ ] Surplus balance to be remitted to you

[ ] Surplus balance paid to a subordinate party

[ X ] Deficiency balance for which you are liable and for which demand is hereby made    **$20,078.96**

If a deficiency balance for which you are liable is shown, please contact us at the number shown above concerning payment arrangements. If applicable, future debits, credits, charges, interest, rebates, and expenses may affect the amount of the surplus or deficiency. Contact us at the above telephone number or mailing address for additional information.

Note: If you financed an insurance premium on this contract, you may be entitled to a refund of any unearned portion of that premium. Nissan Motor Acceptance Corporation is presently reviewing your account to determine whether you are entitled to any premium refunds.

**IMPORTANT NOTICE FOR BANKRUPT CUSTOMERS:** IF YOUR OBLIGATION TO PAY ANY DEBT LISTED IN THIS NOTICE HAS BEEN DISCHARGED IN BANKRUPTCY, OR IS PRESENTLY THE SUBJECT OF A BANKRUPTCY COURT PROCEEDING, BANKRUPTCY COURT-APPROVED PLAN OR BANKRUPTCY COURT ORDER, WE ARE <u>NOT</u>, THROUGH THIS DOCUMENT, ATTEMPTING TO COLLECT ANY AMOUNTS FROM YOU AS A PERSONAL LIABILITY, AND WILL ONLY PURSUE ANY RIGHTS WE MAY HAVE IN THE BANKRUPTCY COURTS TO THE EXTENT ALLOWED BY LAW.

**We are attempting to collect a debt and any information obtained will be used for that purpose.**

**NISSAN MOTOR ACCEPTANCE CORPORATION**

**PA NMAC 39**

NMAC SOS/CSOD-RL 02/06/2017 R1 NV68